RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jorge Navarro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00056-JCM-DJA-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| JORGE NAVARRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jorge Navarro, that the Sentencing Hearing currently scheduled on September 9, 2022 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant filed a motion to withdraw that has not been resolved. Additional time is needed for motion to be resolved.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 1st day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>JORGE NAVARRO,<br>          Defendant. | Case No. 2:19-cr-00056-JCM-DJA-1<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, September 9, 2022 at 10:30 a.m., be vacated and continued to **October 28, 2022 at 10:30 a.m.**

DATED September 2, 2022.

_____
UNITED STATES DISTRICT JUDGE

3