UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-56 JCM (DJA) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JORGE NAVARRO, | |
| Defendant(s). | |

Presently before the court is assistant federal public defender Rebecca Levy's motion to withdraw (filed under seal). (ECF No. 94).

Local Rule IA 11-6(e) provides that "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." LR IA 11-6(e).

Good cause exists for Ms. Levy's withdrawal. There is a conflict of interest that prevents the Federal Defender's Office from representing defendant Jorge Navarro ("defendant"). There is currently one pending hearing relevant to the instant motion: a sentencing hearing for defendant set for October 28, 2022. (ECF No. 84). Ms. Levy's withdrawal will not result in delay thereof.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Ms. Levy's motion to withdraw (ECF No. 94) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant shall be appointed independent, conflict-free counsel.

DATED September 6, 2022.

_____
UNITED STATES DISTRICT JUDGE