RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile:  (702) 552-4761
Email: restewartlaw@gmail.com
*Attorney for Defendant Jorge Navarro*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>JORGE NAVARRO,<br>      Defendant. | CASE NO:  2:19-cr-00056-JCM-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED by JORGE NAVARRO, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through MELANEE SMITH, ESQ., Assistant United States Attorney, that the sentencing hearing scheduled for January 11, 2023, be continued for a period of two weeks, to a date and time convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Defense Counsel requires additional time to gather information and consult with the client before proceeding with the sentencing hearing.

2. The Government has no objection to the continuance.

3. Mr. Navarro is in custody, and he does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: January 2, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Rachael E. Stewart* | */s/ Melanee Smith* |
| Rachael E. Stewart, Esq. | Melanee Smith, Esq. |
| Counsel for Jorge Navarro | Assistant United States Attorney |
| | Counsel for the United States of America |

RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile:  (702) 552-4761
Email: restewartlaw@gmail.com
*Attorney for Defendant Jorge Navarro*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:19-cr-00056-JCM-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| JORGE NAVARRO, | (Fourth Request) |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel requires additional time to gather information and consult with the client before proceeding with the sentencing hearing.

2. The Government has no objection to the continuance.

3. Mr. Navarro is in custody, and he does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare for the sentencing hearing effectively and thoroughly, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 11, 2023, at the hour of 10:30 a.m. be vacated and continued to **January 30, 2023, at 10:30 a.m.**

DATED January 3, 2023.

_____
UNITED STATES DISTRICT JUDGE