RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Jorge Navarro

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>       v.<br><br>Jorge Navarro,<br><br>       Defendant. | Case No. 2:19-cr-00056-JCM-DJA<br><br>**Joint Stipulation Regarding a Reduction in Sentence** |

In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Jorge Navarro, file this Joint Stipulation.

The parties state as follows:

1. Undersigned counsel and government counsel have determined that Mr. Navarro qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On May 15, 2023, this Court sentenced Mr. Navarro to 151 months as to Counts 2, 5, 7, 9, and 11, in addition to 60 months as to Count 13 and 120 months as to Count 16, to run concurrently. ECF No. 135. Mr. Navarro was in CHC VI with a total offense level of 29, which yielded a sentencing guideline range of 151–188 months for Counts 2, 5, 7, 9, and 11. Under the amended Guidelines, the parties have determined that for Counts 2, 5, 7, 9, and 11, Mr. Navarro is in CHC V with a total offense level of 29 which yields a guideline range of 140–175 months.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Navarro's sentence be amended to 140 months for Counts 2, 5, 7, 9, and 11, in addition to 60 months as to Count 13 and 120 months as to Count 16, to run concurrently, for a total of 140 months.

DATED this 29th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Madeline S. Lal*<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:19-cr-00056-JCM-DJA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Jorge Navarro, | |
| Defendant. | |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED June 14, 2024.

_____
UNITED STATES DISTRICT JUDGE

3